IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLIOTT J. SCHUCHARDT, individually and doing business as the Schuchardt Law Firm, | CIVIL DIVISION<br><br>Case No. 2:14-cv-00705-CB |
| Plaintiff, | |
| v. | |
| BARACK H. OBAMA, in his capacity as President of the United States; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; ADM. MICHAEL S. ROGERS, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation, | |
| Defendants. | |

## RETURN OF SERVICE

The Plaintiff, Elliott J. Schuchardt, files this return of service.

Attached hereto, as Exhibit A, is an affidavit confirming service, by hand delivery, of the complaint and the four summonses issued in case, upon the Honorable David J. Hickton, in his capacity as the Assistant United States Attorney for the Western District of Pennsylvania, on June 10, 2014.

Attached hereto, as Exhibit B, is an affidavit of service confirming service of the complaint and summonses on each of the four defendants and the Attorney General for the United States.

President Barack Obama was served by certified mail on June 11, 2014.  The Honorable James R. Clapper, Director of National Intelligence, was served by certified mail on June 16, 2014.  FBI Director, James B. Comey, Jr., was served by certified mail

on June 11, 2014. Admiral Michael S. Rogers, Director of the National Security Agency, was served by certified mail on June 9, 2014. Finally, the Attorney General of the United States, Eric H. Holder, Jr., was served by means of certified mail on June 16, 2014.

The Defendants were served pursuant to Rule 4(e)(i) and 4(i)(1) of the Federal Rules of Civil Procedure and Rules, and Rules 403 and 404 of the Pennsylvania Rules of Civil Procedure.

According to the foregoing rules, the Defendants were collectively deemed served following the completion of service on Attorney General Eric H. Holder, Jr. on June 16, 2014.

        Respectfully submitted,

        By: /s/ Elliott J. Schuchardt
            Elliott Schuchardt
            PA I.D. #78911

        SCHUCHARDT LAW FIRM
        U.S. Steel Tower, Suite 660
        600 Grant Street
        Pittsburgh, PA 15219
        Phone:  (412) 414-5138
        E-mail:  elliott016@gmail.com