STATE OF: __PA__
COUNTY OF: __ALLEGHENY__

# AFFIDAVIT OF SERVICE

IIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

CASE NO. 14-705

__ELLIOT J. SCHUCHARDT individually and doing business as the Schuchardt Law Firm__ et. Al Plaintiff

VS.

__BARACK H. OBAMA__ et Al Defendants

**SERVICE OF PROCESS ON** __HONORABLE DAVID J. HICKTON__
(NAME OF ENTITY SERVED)

**XNAME OF SERVER** _ANTHONY DEMASI_
UNDERSIGNED, BEING DULY SWORN, DEPOSES AND SAYS THAT HE/SHE AT TIME OF SERVICE, WAS OVER THE AGE OF EIGHTEEN AND WAS NOT A PARTY TO THIS ACTION.

**XDATE OF SERVICE:** THAT ON THE _10th_ DAY OF _June_ 2014 AT _3:17_ O"CLOCK _P_. M.

**PLACE OF SERVICE:** AT _U.S. ATTORNEY'S OFFICE, STE. 4000, 700 GRANT STREET_
IN THE CITY OF _PITTSBURGH_ STATE OF _PA 15219_
THE UNDERSIGNED SERVED THE ANNEXED PAPERS, _CIVIL COMPLAINT AND 4 SUMMONS_

**XDOCUMENTS SE**
**xPERSON SERVED**
**AND METHOD OF**
**SERVICE**

A TRUE AND CORRECT COPY OF THE AFORESAID PAPERS WERE SERVED ON THE ABOVE-NAMED PARTY OR WITNESS IN THE FOLLING MANNER:

___. BY PERSONALLY DELIVERING THEM INTO THE HANDS OF THE PERSON TO BE SERVED.

___. (SUBSTITUTE ) BY LEAVING A COPY AT HIS / HER USUAL PLACE OF ABODE WITH SOME PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THERIN, TO WIT: ___

_✓_ BY DELIVERING THEM TO AN OFFICER OR MANAGING AGENT WHOSE NAME AND TITLE IS: _Austin Brown (clerk authorized to receive)_

**X** _✓_ I INFORMED SAID PERSON OF THE CONTENTS THEREIN, IN COMPLIANCE WITH STATE STATUTES.

**XDESCRIPTION OF PERSON RECEIVING DOCUMENTS:**

SEX _F_ SKIN COLOR _Black_ HAIR COLOR _Black_
FACIAL HAIR _No_ AGE _20-25_ HEIGHT _Sitting_ WEIGHT _sitting_

**PROOF OF DUE AND**
**XDILIGENT ATTEMPT** ___. AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO EFFECT SERVICE.

**XMILITARY** _X_ . To the best of my knowledge and belief, said person was **Not Engaged** in the **United States Military** at the time of service.

**XCALIFORNIA LAW REQUIRES**
**3 ATTEMPTS BEFORE**
**SUBSITUTE SERVICE**
**CAN BE MADE**

| DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS ATTEMPTED | REASON FOR NON SERVICE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**XSIGNATURE**
**OF SERVER**

I verify that the statements made in this Affidavit are true and correct. I understand that false statements herein are made subject to penalties of 18 Pa C.S.A. s 4904 relating to un sworn falsification to authorities.

_/ / 2014_

A. ADAM
DETECTIVE AGENCY, INC.
57 BERGER ROAD
CHESWICK, PA 15024
**LICENSE NUMBER 68**
EIN 25-1204130 - 1-888-826-3100

NAME OF SERVER    (date)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLIOTT J. SCHUCHARDT, individually and doing business as the Schuchardt Law Firm, | CIVIL DIVISION<br><br>Case No. 14-705 |
| Plaintiff,<br>v. | JURY TRIAL DEMANDED |
| BARACK H. OBAMA, in his capacity as President of the United States; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; ADM. MICHAEL S. ROGERS, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>Defendants. | |

## CIVIL COMPLAINT

The Plaintiff, Elliott J. Schuchardt, individually and doing business as the Schuchardt Law Firm, files this Complaint against the above-captioned Defendants.

### Parties

1. The Plaintiff, Elliott J. Schuchardt, is an attorney having an office located at United States Steel Building, Suite 660, 600 Grant Street, Pittsburgh, PA 15219.

2. Defendant Barack H. Obama is President of the United States. As such, he has ultimate authority over the actions of the United States federal government. President Obama maintains an address at The White House, 1600 Pennsylvania Avenue, Washington, DC 20500.