## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELLIOTT J. SCHUCHARDT,
individually and doing business as
the Schuchardt Law Firm,

                Plaintiff,

v.

BARACK H. OBAMA, in his capacity as
President of the United States; JAMES
R. CLAPPER, in his official capacity as
Director of National Intelligence; ADM.
MICHAEL S. ROGERS, in his official
capacity as Director of the National
Security Agency and Chief of the
Central Security Service; and JAMES
B. COMEY, in his official capacity as
Director of the Federal Bureau of
Investigation,

                Defendants.

CIVIL DIVISION

Case No. 2:14-cv-00705-CB

### AFFIDAVIT OF SERVICE

I, Catherine Peek, hereby certify that I served true and correct copies of the complaint and summons issued in this case as follows:

On June 5, 2014, I mailed a copy of the complaint and summons directed to President Barack Obama by means of certified mail, return receipt requested, postage prepaid to the following address:

> President Barack H. Obama
> The White House
> 1600 Pennsylvania Avenue, N.W.
> Washington, DC 20500

The letter was received at such address on June 11, 2014.  A copy of the post office tracking information for such letter is attached as Exhibit 1.

On June 6, 2014, I mailed a copy of the complaint and summons directed to the Honorable James R. Clapper by means of certified mail, return receipt requested, postage prepaid to the following address:

> Honorable James R. Clapper
> Director of National Intelligence
> Office of the Director of National Intelligence
> Washington, DC 20511

The letter was received at such address on June 16, 2014.  A copy of the post office tracking information for such letter is attached as Exhibit 2.

On June 5, 2014, I mailed a copy of the complaint and summons directed to James B. Comey, Jr. by means of certified mail, return receipt requested, postage prepaid to the following address:

> Mr. James B. Comey, Jr.
> FBI Headquarters
> 935 Pennsylvania Avenue, N.W.
> Washington, D.C. 20535-0001

The letter was received at such address on June 11, 2014.  A copy of the post office tracking information for such letter is attached as Exhibit 3.

On June 5, 2014, I mailed a copy of the complaint and summons directed to Adm. Michael S. Rogers by means of certified mail, return receipt requested, postage prepaid to the following address:

> Adm. Michael S. Rogers
> National Security Agency
> 9800 Savage Road
> Fort Meade, MD 20755

The letter was received at such address on June 9, 2014.  A copy of the post office tracking information for such letter is attached as Exhibit 4.

2

On June 9, 2014, I mailed a copy of the complaint and summons directed to the Honorable Eric H. Holder, Jr. by means of certified mail, return receipt requested, postage prepaid to the following address:

> Honorable Eric H. Holder, Jr.
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

The letter was received at such address on June 16, 2014.  A copy of the post office tracking information for such letter is attached as Exhibit 5.

Respectfully submitted,

Catherine Peek

3

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.40 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $1.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.05 |

7014 0510 0001 0896 6783

Sent To  *Berack Osama*

Street, Apt. No.; or PO Box No.  *1600 Penn Ave Nw*

City, State, ZIP+4  *Wash DC 20500*

*Ex 1*

7/28/2014                                      USPS.com® - USPS Tracking™

English        Customer Service        USPS Mobile                                    Register / Sign In



                                                                  Search USPS.com or Track Packages

Quick Tools                    Ship a Package      Send Mail      Manage Your Mail      Shop       Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number: 70140510000108966783**

**Expected Delivery Day: Monday, June 9, 2014**

## Product & Tracking Information                    ## Available Actions

Postal Product:          Features:                   Return Receipt Electronic
First-Class Mail®        Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 11, 2014 , 4:13 am** | **Delivered** | **WASHINGTON, DC 20500** |

Your item was delivered at 4:13 am on June 11, 2014 in WASHINGTON, DC 20500.

| | | |
|---|---|---|
| June 10, 2014 , 12:07 pm | Available for Pickup | WASHINGTON, DC 20500 |
| June 10, 2014 , 11:53 am | Arrived at Unit | WASHINGTON, DC 20018 |
| June 5, 2014 , 6:15 pm | Acceptance | CORAOPOLIS, PA 15108 |

## Track Another Package

What's your tracking (or receipt) number?

[                                    ]        Track It

LEGAL                    ON USPS.COM              ON ABOUT.USPS.COM        OTHER USPS SITES
Privacy Policy ›         Government Services ›     About USPS Home ›        Business Customer Gateway ›
Terms of Use ›          Buy Stamps & Shop ›       Newsroom ›               Postal Inspectors ›
FOIA ›                 Print a Label with Postage › USPS Service Alerts ›    Inspector General ›
No FEAR Act EEO Data ›  Customer Service ›        Forms & Publications ›    Postal Explorer ›
                       Delivering Solutions to the Last Mile › Careers ›   National Postal Museum ›
                       Site Index ›

USPS.COM    |   Copyright© 2014 USPS. All Rights Reserved.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To      *Clapper*

Street, Apt. No.;
or PO Box No.

7014 0510 0001 0896 6745

*Ex. 2*

7/28/2014                                              USPS.com® - USPS Tracking™

English          Customer Service          USPS Mobile                                      Register / Sign In

 **USPS.COM**                                              Search USPS.com or Track Packages

Quick Tools                    Ship a Package        Send Mail      Manage Your Mail      Shop      Business Solutions

# USPS Tracking™

📧 **Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70140510000108966745**

**Expected Delivery Day: Monday, June 9, 2014**

## Product & Tracking Information

**Available Actions**

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

Return Receipt Electronic

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 16, 2014 , 6:59 am** | **Delivered** | **WASHINGTON, DC 20505** |

Your item was delivered at 6:59 am on June 16, 2014 in WASHINGTON, DC 20505.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 13, 2014 , 10:20 am | Sorting Complete | WASHINGTON, DC 20018 |
| June 13, 2014 , 10:18 am | Available for Pickup | WASHINGTON, DC 20505 |
| June 13, 2014 , 10:07 am | Arrived at Unit | WASHINGTON, DC 20018 |
| June 11, 2014 , 6:14 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| June 10, 2014 , 2:10 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| June 10, 2014 , 3:13 am | Departed USPS Facility | MERRIFIELD, VA 22081 |
| June 8, 2014 , 8:59 pm | Arrived at USPS Facility | MERRIFIELD, VA 22081 |
| June 7, 2014 , 9:22 pm | Departed USPS Facility | DULLES, VA 20101 |
| June 7, 2014 , 8:30 pm | Arrived at USPS Facility | DULLES, VA 20101 |
| June 7, 2014 , 6:57 am | Departed USPS Facility | PITTSBURGH, PA 15290 |
| June 6, 2014 , 9:08 pm | Arrived at USPS Facility | PITTSBURGH, PA 15290 |
| June 6, 2014 , 3:18 pm | Acceptance | CORAOPOLIS, PA 15108 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                             ]     Track It

---

LEGAL                ON USPS.COM              ON ABOUT.USPS.COM              OTHER USPS SITES



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.40 |
| Certified Fee | $3 |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ $6.05 |

Sent To  *James Comey*

Street, Apt. No.; or PO Box No.  *935 Penn Ave Nw*

City, State, ZIP+4  *Wash DC 20535*

7014 0510 0001 0896 6769

*Ex. 3*

English          Customer Service        USPS Mobile                                    Register / Sign In

 **USPS.COM**                                         Search USPS.com or Track Packages

Quick Tools              Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70140510000108966769**

**Expected Delivery Day: Monday, June 9, 2014**

## Product & Tracking Information

**Available Actions**

| Postal Product: | Features: |
|---|---|
| First-Class Mail® | Certified Mail™ |

**Return Receipt Electronic**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 11, 2014 , 4:18 am** | **Delivered** | **WASHINGTON, DC 20535** |

Your item was delivered at 4:18 am on June 11, 2014 in WASHINGTON, DC 20535.

| | | |
|---|---|---|
| June 10, 2014 , 10:30 am | Available for Pickup | WASHINGTON, DC 20535 |
| June 10, 2014 , 10:28 am | Sorting Complete | WASHINGTON, DC 20018 |
| June 10, 2014 , 10:25 am | Arrived at Unit | WASHINGTON, DC 20018 |
| June 5, 2014 , 6:17 pm | Acceptance | CORAOPOLIS, PA 15108 |

---

## Track Another Package

**What's your tracking (or receipt) number?**

[                                        ]   **Track It**

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**    |    Copyright© 2014 USPS. All Rights Reserved.



*Ex. 4*

USPS.com® - USPS Tracking™

7/28/2014

English     Customer Service     USPS Mobile

Register / Sign In

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70140510000108966776**

**Expected Delivery Day: Monday, June 9, 2014**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

## Available Actions

Return Receipt Electronic

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 9, 2014 , 11:11 am | Delivered | FORT GEORGE G MEADE, MD 20755 |

Your item was delivered at 11:11 am on June 9, 2014 in FORT GEORGE G MEADE, MD 20755.

| | | |
|---|---|---|
| June 9, 2014 , 9:48 am | Out for Delivery | FORT GEORGE G MEADE, MD 20755 |
| June 9, 2014 , 9:38 am | Sorting Complete | FORT GEORGE G MEADE, MD 20755 |
| June 7, 2014 , 9:51 am | Arrived at Unit | FORT GEORGE G MEADE, MD 20755 |
| June 6, 2014 , 7:24 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| June 6, 2014 , 7:05 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |
| June 5, 2014 , 6:16 pm | Acceptance | CORAOPOLIS, PA 15108 |

## Track Another Package

**What's your tracking (or receipt) number?**

| | Track It |
|---|---|

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM** | Copyright© 2014 USPS. All Rights Reserved.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.61 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.91 |

0316

13   JUN 6 ~ MN

Postmark Here

06/09/2014

7014 7749 0001 0510 6679

Sent To   *Eric Hild*

Street, Apt. No.; or PO Box No.   *550 Penn Av NW*

*Ex. 5*

7/28/2014                                     USPS.com® - USPS Tracking™

English        Customer Service        USPS Mobile                                    Register / Sign In

 **USPS.COM**                                          Search USPS.com or Track Packages

Quick Tools                      Ship a Package      Send Mail       Manage Your Mail       Shop       Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70140510000177496679**

**Expected Delivery Day: Wednesday, June 11, 2014**

## Product & Tracking Information                                    Available Actions

**Postal Product:**                  **Features:**
First-Class Mail®                    Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 16, 2014 , 4:41 am** | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 4:41 am on June 16, 2014 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| June 13, 2014 , 1:01 pm | Available for Pickup | WASHINGTON, DC 20530 |
| June 13, 2014 , 12:14 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| June 11, 2014 , 6:14 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| June 10, 2014 , 2:05 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| June 10, 2014 , 3:13 am | Departed USPS Facility | MERRIFIELD, VA 22081 |
| June 9, 2014 , 9:27 pm | Arrived at USPS Facility | MERRIFIELD, VA 22081 |
| June 9, 2014 , 4:32 pm | Departed Post Office | WINCHESTER, VA 22601 |
| June 9, 2014 , 3:24 pm | Acceptance | WINCHESTER, VA 22601 |

---

## Track Another Package
What's your tracking (or receipt) number?

[                                              ]   Track It

---

**LEGAL**                **ON USPS.COM**              **ON ABOUT.USPS.COM**       **OTHER USPS SITES**
Privacy Policy ›         Government Services ›        About USPS Home ›           Business Customer Gateway ›
Terms of Use ›          Buy Stamps & Shop ›          Newsroom ›                  Postal Inspectors ›
FOIA ›                  Print a Label with Postage ›  USPS Service Alerts ›       Inspector General ›
No FEAR Act EEO Data ›  Customer Service ›           Forms & Publications ›       Postal Explorer ›
                        Delivering Solutions to the Last Mile ›  Careers ›       National Postal Museum ›
                        Site Index ›

**USPS.COM** |  Copyright© 2014 USPS. All Rights Reserved.