IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh Division)

|  |  |
|---|---|
| ELLIOTT SCHUCHARDT, individually and d/b/a the Schuchardt Law Firm, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-cv-0705-CB ) |
| BARACK H. OBAMA, President of the United States, *et al*., | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, defendants Barack H. Obama, President of the United States; James. R. Clapper, Director of National Intelligence; Admiral Michael S. Rogers, Director of the National Security Agency; and James B. Comey, Director of the Federal Bureau of Investigation; all in their official capacities, respectfully move the Court to dismiss the Complaint. The Complaint should be dismissed under Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction, and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

The reasons for Defendants' Motion to Dismiss are set forth in the accompanying Brief in Support of Defendants' Motion to Dismiss.

Dated: August 11, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

2

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

 /s/ *Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel

BRYAN DEARINGER
Trial Attorney

RODNEY PATTON
Trial Attorney

JULIA A. BERMAN
Trial Attorney

U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C.  20001
Phone:  (202) 514-2205
Fax:  (202) 616-8470
Email: marcia.berman@usdoj.gov

Counsel for Defendants