IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh Division)

| | |
|---|---|
| ELLIOTT SCHUCHARDT, individually and d/b/a the Schuchardt Law Firm, ) ) ) ) Plaintiff, ) ) v. ) ) BARACK H. OBAMA, President of the ) United States, *et al*., ) ) Defendants. ) | Case No. 2:14-cv-0705-CB |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants Barack H. Obama, President of the United States; James. R. Clapper, Director of National Intelligence; Admiral Michael S. Rogers, Director of the National Security Agency; and James B. Comey, Director of the Federal Bureau of Investigation; all in their official capacities, respectfully move the Court to dismiss Plaintiff's Second Amended Complaint (ECF No. 19). The Second Amended Complaint should be dismissed under Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction, and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

The reasons for Defendants' Motion to Dismiss are set forth in the accompanying Brief in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. A proposed order is filed herewith.

Dated: December 11, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel
RODNEY PATTON
Trial Attorney
JULIA A. BERMAN
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C.  20001
Phone:  (202) 514-2205
Fax:  (202) 616-8470
Email: Marcia.berman@usdoj.gov

Counsel for Defendants