IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh Division)

|  |  |  |
|---|---|---|
| ELLIOTT SCHUCHARDT, individually and d/b/a the Schuchardt Law Firm, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:14-cv-0705-CB |
| BARACK H. OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

AND NOW, having considered Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and any response and reply thereto, it is hereby ORDERED that the motion is GRANTED and Plaintiff's Second Amended Complaint is DISMISSED.

So ORDERED this _____ day of _____, 2015.

_____
HON. CATHY BISSOON
UNITED STATES DISTRICT JUDGE