UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3491
_____

ELLIOTT J. SCHUCHARDT,
individually and doing business as the Schuchardt Law Firm,
on behalf of himself and all others similarly situated,
Appellant

v.

PRESIDENT OF THE UNITED STATES;
DIRECTOR OF NATIONAL INTELLIGENCE;
DIRECTOR OF THE NATIONAL SECURITY AGENCY AND
CHIEF OF THE CENTRAL SECURITY SERVICE;
DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. No. 2-14-cv-00705)
District Judge: Honorable Cathy Bissoon
_____

Argued: May 17, 2016

Before: SMITH, *Chief Judge*, HARDIMAN, and NYGAARD, *Circuit Judges*.

_____

## JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on May 17, 2016. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the United States District Court for the Western District of Pennsylvania entered on September 30, 2015, be and the same is hereby VACATED and REMANDED. All of the above in accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: October 5, 2016