# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLIOTT SCHUCHARDT,      )<br>                                              )<br>           Plaintiff,                    )<br>v.                                              )     Civil Action No. 14-705<br>                                              )<br>DONALD J. TRUMP, *et al.*,  )     Judge Cathy Bissoon<br>                                              )<br>           Defendants.                )<br>                                              )<br>                                              ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.

February 4, 2019                                                                     s/Cathy Bissoon                              
                                                                                              Cathy Bissoon
                                                                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record